```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CLEVELAND BROADNAX,                                         :
                                                            :
                            Plaintiff,                      :
                                                            :      21-CV-2926 (VSB)
                -against-                                   :
                                                            :           ORDER
CITY OF NEW YORK, et al.,                                   :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on April 5, 2021.  (Doc. 2.)  A returned executed waiver of service was filed as to Defendants Deputy Chester and Captain Hopkins on October 1, 2021. (Doc. 14.)  The deadline for Defendants Chester and Hopkins to respond to Plaintiff's complaint was November 30, 2021.  (*See* Docs. 12–14.)  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case against Defendants Chester or Hopkins.  Accordingly, if Plaintiff intends to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 4, 2022.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation against Defendants Chester and Hopkins, I may dismiss the claims against Defendants Chester and Hopkins for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

      The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated:     February 16, 2022
           New York, New York

                                                    VERNON S. BRODERICK
                                                    United States District Judge