UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
CLEVELAND BROADNAX, :
:
Plaintiff, :
: 21-cv-2926 (VSB)
-against- :
: **ORDER**
:
WARDEN MICHELLE HALLET, et al., :
:
Defendants. :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On July 5, 2022, I granted the motion for Assistant Corporation Counsel Copatrick Thomas to withdraw his appearance in this matter due to the fact he was leaving the New York City Law Department. (Doc. 35.) In that motion, counsel stated that the Office of the Corporation Counsel would continue to serve as counsel of record. (Doc. 34.) Since filing that motion, new counsel has not filed a notice of appearance for Defendants. Accordingly, it is hereby:

ORDERED that counsel for Defendants file a notice of appearance on or before August 22, 2022.

IT IS FURTHER ORDERED that Plaintiff serve a copy of this Order on all Defendants on or before August 15, 2022. Plaintiff is further ordered to file proof of service of this Order on or before August 22, 2022.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

SO ORDERED.

Dated: July 25, 2022
      New York, New York

Vernon S. Broderick
United States District Judge