UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CLEVELAND BROADNAX,

                Plaintiff,

        -against-

CITY OF NEW YORK, CORRECTIONAL HEALTH SERVICES, MICHELL HALLET, DEPUTY CHESTER, RAYMOND SANCHEZ, CAPTAIN THOMPSON, CAPTAIN HOPKINS, CAPTAIN SKINNER, CAPTAIN BERNABY, CORRECTION OFFICER NICHOLAS GRANT, CORRECTION OFFICER SHADE VINCENT, CAPTAIN DANIELLE SANDS, CAPTAIN GUERRA, and CORRECTION OFFICER KERLINE LUBIN,

                Defendants.
-----------------------------------------------------------X

21-CV-2926 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

        On January 30, 2024, I directed the parties to "promptly" file an amended Case Management Plan and Scheduling Order. (Doc. 86.) To date, the parties have not complied with my order. Accordingly, it is hereby:

        ORDERED that the parties shall file an amended Case Management Plan and Scheduling Order by February 13, 2024. If the parties fail to do so, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: February 6, 2024
      New York, New York

Vernon S. Broderick
United States District Judge