```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CLEVELAND BROADNAX                                          :
                                                            :         ORDER
                                                            :
                Plaintiff,                                  :         21 Civ. 2926 (VSB) (GWG)
                                                            :
    -v.-                                                    :
                                                            :
                                                            :
HALLET et al.,                                              :
                                                            :
                Defendants.                                 :
------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    The parties shall consult with each other and shall file a letter on ECF as soon as they are prepared to participate in a settlement conference. The letter should include proposed dates that all attorneys and clients are available.

    SO ORDERED.

Dated: October 23, 2025
       New York, New York

                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge