

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**Eric B. Hiatt**
Phone: (212) 356-1958
Fax: (212) 356-1148
erihiatt@law.nyc.gov

# MEMORANDUM ENDORSED

February 2, 2026

**VIA ECF**
The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Broadnax v. Hallet, et al.*, 21-cv-2926 (VSB)

Dear Judge Gorenstein:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants the City of New York and the New York City Department of Correction ("DOC") in the above-referenced action.  I write, with Plaintiff's consent, pursuant to Paragraph 8 of the Court's Standing Order Applicable to Settlement Conferences to respectfully request an adjournment of the settlement conference currently scheduled with the Court on February 9, 2026 at 10:00 am, and to request an extension of the parties' February 3, 2026 deadline (ECF No. 111) to submit pre-conference written submissions and acknowledgement forms.

Defendants require this brief extension because their client representative will be on vacation on February 9 and is therefore unable to attend the settlement conference as set forth in Paragraph 6 of the Court's Standing Order.   Plaintiff's counsel contacted Your Honor's chambers earlier today and was offered March 2, 2026 or February 26, 2026 as alternate dates to participate in a settlement conference.  The parties have confirmed that they (and their clients) are available on **February 26, 2026**.

Thank you for your consideration of the foregoing.

Respectfully submitted,

/s/
Eric B. Hiatt
Assistant Corporation Counsel

cc:  All counsel of record (via ECF)

Conference adjourned to February 26, 2026, at 2:30 p.m.  Submissions are due February 20, 2026.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 3, 2026

2