UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                           :

CLEVELAND BROADNAX,            :

                         :

                Plaintiff,      :
                         :              21-CV-2926 (VSB)
          -against-           :
                         :                 **ORDER**

MICHELLE HALLET, *et al.*,        :

                         :

               Defendants.    :

                         :

------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within sixty (60) days.

SO ORDERED.
Dated:        May 1, 2026
              New York, New York

                                      Vernon S. Broderick
                                        United States District Judge